353 U.S. 955
 77 S.Ct. 862
 1 L.Ed.2d 907
 ADAMS NEWARK THEATER CO. and I. Hirst Enterprises, Inc., appellants,
v.
CITY OF NEWARK, a Municipal Corporation, Joseph B. Sugrue, Director of Police of the City of Newark, et al.
 No. 835.
 Supreme Court of the United States
 May 13, 1957
 
 1
 Messrs. Sylvan C. Balder and Isadore Gottlieb, for appellants.
 
 
 2
 Mr. Vincent J. Casale, for appellees.
 
 
 3
 The application for stay is denied.
 
 
 4
 Mr. Justice BRENNAN took no part in the consideration or decision of this application.